**394**

364 P.2d 159

Victor A. JOHNSON & F. W. Cox, Plaintiffs-Respondents,

v.

BIG LOST RIVER IRRIGATION DISTRICT, Defendant-Appellant.

No. 8969.

Supreme Court of Idaho.

June 30, 1961.

Rehearing Denied Sept. 8, 1961.

Robert M. Kerr, Jr., Blackfoot, George Barnard, Idaho Falls, for appellant.

Furey & Furey, Sherman F. Furey, Jr., Salmon, and Jack B. Furey, Challis, Robert H. Copple, Boise, for respondents.

KNUDSON, Justice.

By virtue and under the authority of the decision filed this date in the case of Smith v. Big Lost River Irrigation District, 83 Idaho 374, 364 P.2d 146, the judgment for damages entered by the trial court in favor of respondents in this action is affirmed.

The order of injunction is set aside. No costs allowed.

TAYLOR, C. J., and SMITH, McQUADE and McFADDEN, JJ., concur.